Washington. Certiorari denied.

No. 144, Misc. SORIMPT *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 147, Misc. GERALDON *v.* EDMONDSON, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 149, Misc. LILYROTH *v.* RAGEN, WARDEN. Circuit Court of Lee County, Illinois. Certiorari denied.

No. 150, Misc. CROSS *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 153, Misc. LANDGRAVER *v.* RAGEN, WARDEN. Circuit Court of Woodford County, Illinois. Certiorari denied.

No. 155, Misc. PICKWELL *v.* MONTGOMERY COUNTY COURT ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 156, Misc. BAERCHUS *v.* TEES, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 157, Misc. KOKEN *v.* OREGON STATE BAR. Supreme Court of Oregon. Certiorari denied.

No. 159, Misc. NICOL ET AL. *v.* JOHNSTON. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jessie P. Grandy* for petitioners. *Godfrey L. Munter* for respondent.